# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**LLOYD T. SCHUENKE and**
**MARGARET R. CURTIN,**

        Plaintiffs,

    V.                                 CASE NUMBER: **06-C-616**

**CITY OF MILWAUKEE,**
**MILWAUKEE COUNTY MUNICIPAL COURT BRANCH 2,**
**MILWAUKEE COUNTY SHERIFF'S DEPARTMENT,**
**MILWAUKEE CITY ATTORNEY'S OFFICE,**
**MILWAUKEE POLICE DEPARTMENT,**
**MUNICIPAL JUDGE DEREK MOSLEY,**
**CITY ATTORNEY DAVID STUNDSZ,**
**BAILIFF CHARLENE PAYNE,**
**P.O. J. KANINSIA,**
**JANE/JOHN DOE,**
**CITY ATTORNEY MEGAN CRUMP,**

        Defendants.

-------------------------------------------------------------

**LLOYD T. SCHUENKE,**

        Plaintiff,

    V.                                 CASE NUMBER: **06-C-680**

**CITY OF MILWAUKEE,**
**MILWAUKEE CITY ATTORNEY'S OFFICE,**
**MILWAUKEE POLICE DEPARTMENT, and**
**P.O. BROOKE GAGLIANO,**

        Defendants.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came on for consideration and decision have been rendered.

IT IS ORDERED AND ADJUDGED **that the plaintiffs' 42 U.S.C. § 1983 complaint against the defendants Milwaukee Police Department, Milwaukee County Sheriff's Department, City of Milwaukee Attorney's Office, and the Milwaukee County Municipal Court Branch 2, is DISMISSED pursuant to Rule 17 of the Federal Rules of Civil Procedure.**

**The plaintiffs' Fifth Amendment claims are DISMISSED as to all defendants.**

**The plaintiffs' Sixth Amendment claims are DISMISSED as to all defendants.**

**The plaintiffs' Eighth Amendment claims are DISMISSED as to all defendants.**

**The plaintiffs' claims under criminal provisions of the Wisconsin statutes are DISMISSED as to all defendants.**

**The motion of defendants Derek Mosley, David Stundsz, Charlene Payne, J. Kaminsia, Janes Does, City Attorney Megan Crump, and P.O. Brooke Gagliano for summary judgment is GRANTED.  Summary judgment is GRANTED as a matter of law as to the City of Milwaukee.**

**These actions are hereby DISMISSED.**

| January 10, 2008 | JON W. SANFILIPPO |
|---|---|
| Date | Clerk |
|  | s/ Linda M. Zik |
|  | (By) Deputy Clerk |